UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| DARELL J GASH | CASE NO. 6:23-CV-01571 SEC P |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| UNKNOWN DEFENDANT, ET AL. | MAGISTRATE JUDGE CAROL B. WHITEHURST |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 11), and after a de novo review of the record, including the Objection filed by Plaintiff (ECF No. 12), having determined that the Magistrate Judge's findings and recommendations are correct under the applicable law;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Complaint (ECF Nos. 4, 6) is **DENIED** and **DISMISSED, WITHOUT PREJUDICE** for lack of jurisdiction as to the State of Louisiana, and **WITH PREJUDICE** under 28 U.S.C. §§ 1915(e)(2)(B) and 1915A as to all other Defendants.

THUS, DONE AND SIGNED in Chambers this 7th day of February, 2024.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE